To The United States District
Court For The Western
District Of Pennsylvania

Sitting At Pittsburgh
Pennsylvania

**RECEIVED**

JUN 12, 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA.

BELL

VS

HALL, et al.

CIVIL ACTION

CIVIL ACTION Number
# 2:23-CV-~~935~~ 924 2023.

Bell Vs. Hall 2:23-CV-924

CIVIL ACTION NUMBER,
No. # 2:23-CV-925          , 2023

WESTERN DISTRICT OF
PENNSYLVANIA

BEFORE          Coville
UNITED STATES DISTRICT
JUDGE, AND;

UNITED STATES MAGISTRATE-
JUDGE

BELL VS Idaly
CN-924

In The United States District
Court For The Western
District Of Pennsylvania
Sitting In Pittsburgh

Cheryl Ann Miller-Bell,
                    Plaintiff
                    Pro Se
            vs.
Sara Hall;
Michael Gestrich;
John Doe #1;
John Doe #2;
Nate Miller;
Jane Doe #1;
Jane Doe #2;
Lucile Prater-Holiday;
Shawnia Wilson;
Jane Doe #3 / John Doe #3°
John Doe #4° Jane Doe #4;
John Doe #/5,°
Jeff O'Brian,
            Defendants

Bell vs Hall
cv-1924

Demand For Jury Trial

# CIVIL RIGHTS ACTION

## JURISDICTION

THE COURT HAS JURISDICTION IN THIS INSTANT MATER PURSUANT TO TITLE 28 UNITED STATE CODE, SECTION(S) 1331; 1332; AND 1343

CIVIL RIGHTS STATUTES THE PLAINTIFF IS PROCEEDING UNDER IN THIS ACTION AT BAR

YOUR PLAINTIFF IS PROCEEDING UNDER THE FOLLOWING CIVIL RIGHTS STATUTES IN THIS CIVIL RIGHTS ACTION AT BAR:

(i) - TITLE 18 UNITED STATES CODE, SECTION 241;

Betty Hall evidary

IN RE: HALL, et al
IN THE SITTING AT
PITTSBURGH PA

② - TITLE 18 UNITED STATES
CODE, SECTION 242;

③ - TITLE 18 UNITED STATES
CODE, SECTION 371;

④ - THE AMERICANS WITH DISABILITIES
ACT, OF 1990, TITLE 42 U.S.C. SECTIONS
12101, et seq;

⑤ - TITLE 42 UNITED STATES
CODE, SECTION(S) 1981, 1983;

⑥ - TITLE 42 UNITED STATES
CODE, SECTION 1988;

⑦ - TITLE 28 UNITED STATES
CODE, SECTION(S) 2201 AND 2202;

⑧ - PLAINTIFF INCORPORATES
THE UNITED STATES
CONSTITUTIONS, FIRST (1);
FOURTH (4); FIFTH (5); [EDITED] (8TH) AND
FOURTEENTH (14) AMENDMENTS
AS A PART OF THIS ACTION AND CLAIM

BELL VS HALL
CV-924

(9) - Title 18/United States Code, Section(s) 1961 and 1962 as the Defendants acting in concert with one another, have formed an illicit enterprise among themselves to assault, stock, threaten, emotionally and mentally distress, willfully financially distress, threaten with physical harm and murder and seek to displace the Plaintiff and others from there dwellings in retaliation for the Plaintiff's exercise of constitutionally protected rights and for the pure unremitting hatred of the Defendants have for the Plaintiff and other individuals, etc.

Bell Vi Hall
CV-0924

## PLAINTIFF

THE PLAINTIFF IS
MISS CHERYL ANN MILLER-
BELL, A DISABLED PERSON,
CURRENTLY RESIDING AT
2926 MERWYN AVENUE
PITTSBURGH PENNSYLVANIA 15204

## THE DEFENDANTS

DEFENDANT SARA HALL IS A
ADMINISTRATOR WITH THE
UNIVERSITY OF PITTSBURGH
MEDICAL CENTER'S, NEIGHBORHOOD
LIVING FAMILIES PROGRAMS
AND IS BEING SUED IN BOTH
HER PERSONAL AND
OFFICIALS CAPACITIES,
MS. HALL ▓▓ WORKS OUT OF
THE U.P.M.C. NEIGHBORHOOD
LIVING FAMILIES OFFICES
AT 5231 PENN AVENUE PITTSBURGH,
PENNSYLVANIA 15224.

DEFENDANT MICHAEL GESTRICH,
IS THE OWNER-OPERATOR
OF GESTRICH PROPERTIES

AND IS PLAINTIFF'S BELL'S LANDLORD, DEFENDANT GESTRICH USES 1311 COMPTON AVENUE PITTSBURGH, PENNSYLVANIA, DEFENDANT GESTRICH IS BEING SUED IN HIS PERSONAL AND OFFICIAL CAPACITIES.

DEFENDANT JOHN DOE NUMBER ONE IS KNOWN AS "LELAND" THE BROTHER-IN-LAW OF DEFENDANT GESTRICH AND A WORKER FOR GESTRICH PROPERTIES, LELAND/JOHN DOE NUMBER ONE IS BEING SUED IN BOTH HIS PERSONAL AND OFFICIAL CAPACITIES.

DEFENDANT JOHN DOE NUMBER TWO IS KNOWN AS "STEVE", A WORKER FOR DEFENDANT GESTRICH AT GESTRICH PROPERTIES, JOHN DOE NUMBER TWO IS BEING SUED IN BOTH HIS PERSONAL AND OFFICIAL CAPACITIES.

## DEFENDANT'S CONTINUED

DEFENDANT NATE MILLER, IS A RESIDENT OF 2919 MERWYN AVENUE PITTSBURGH, PENNA. 15204-1920 AND IS A DEFENDANT, ) SUED IN HIS PERSONAL AND OFFICIAL CAPACITIES!

JANE DOE #1, IS A RESIDENT OF 2919 MERWYN AVENUE PITTSBURGH, PENNA. 15204-1920 AND IS A DEFENDANT;

JANE DOE #2 IS AN INDIVIDUAL THAT FREQUENTS 2919 MERWYN AVENUE PITTSBURGH, PENNA. 15204-1920 AND IS A DEFENDANT;

DEFENDANT LUCILLE PRATER-HOLIDAY IS A RESIDENT OF ALLEGHENY COUNTY PENNSYLVANIA AND MAY RESIDE IN THE HOMEWOOD-BRUSHTON SECTION OF THE CITY OF PITTSBURGH AND IS BEING SUED IN HER PERSONAL AND OFFICIALS CAPASICITIES

## DEFENDANTS CONTINUED

DEFENDANT SHAWNA WILSON, IS EMPLOYED AS A NURSE AT THE PITTSBURGH MERCY FAMILY HEALTH CENTER 249 SOUTH NINTH STREET PITTSBURGH PENNA 15203-1265, AND IS BEING SUED IN BOTH DEFENDANT WILSON'S PERSONAL AND OFFICIAL CAPASICITIES.

DEFENDANT JANE DOE #3/ JOHN DOE #3, IS A EMPLOYEE OF THE DUQUESNE LIGHT COMPANY, HEADQUATERED AT 411 SEVENTH AVENUE, SUITE THREE PITTSBURGH PENNA 15219-1942, JANE DOE #3/ JOHN DOE #3 IS BEING SUED IN HER/HIS PERSONAL AND OFFICIAL CAPASICITIES.

DEFENDANT JOHN DOE #4/ JANE DOE #4, IS AN OFFICAL/ EMPLOYEE IN THE OFFICE OF CITY OF PITTSBURGH MAYOR EDWARD C. GAINEY, JOHN DOE #4/

## DEFENDANTS Continued

JANE DOE #4 IS BEING SUED IN THIER PERSONAL AND INDIVIDUAL Capasicities.

DEFENDANT JEFF O'BRIAN IS EMPLOYED WITH THE ALLEGHENY County DEPARTMENT OF HEALTH AS THE SUPERVISOR OF ENVIROMENTAL HEALTH, DEFENDANT O'BRIEN IS BEING SUED IN BOTH HIS PERSONAL AND OFFICIAL Capasicities

ALL DEFENDANT'S ARE BEING SUED IN BOTH THIER PERSONAL AND OFFICIAL Capasicities, IN THE ACTION AT BAR

MOREOVER, THE DEFENDANT'S IN A CONTINUING AND ON GOING ENTERPRISE TO HARM, INJURE, EMOTIONALLY DISTRESS, MURDER, CONSPIRE TO RENDER

## DEFENDANT'S CONTINUED

HOMELESS, TO ACT TO
HAVE PLAINTIFF REMOVED FROM HER
HOUSING PROGRAM, TO FINANCICALLY
ATTACK PLAINTIFF, TO DENY THE
PLAINTIFF THE OPPORTUNITY TO
MOVE INTO A DIFFERENT HOME,
TO WILL FULLY CONTINUE TO
EXPOSE PLAINTIFF TO VERY
DANGEROUS HEALTH CONDITIONS,
INCLUDING MOLD, RAW
SEWAGE BACK UP, PLUMBING
LEAKS, DOORS NOT SECURE
FROM BREAK IN AND OTHER
HABITABILITY ISSUES

AND WHOLE SALE
DISCRIMINATION AND TOTAL
RETALIATION OF PLAINTIFF
FOR THE EXCERICE OF THE
PLAINTIFF'S CONSTITUTIONAL
RIGHT'S

## Facts

1- In early 2015, Plaintiff Bell and her Husband Robert Bell, were accepted into the "Bridging the Gap Program" administered by Mercy Behavioral Health, on a Federal Grant from the Department of Housing and Urban Development.

2- The Bridging the Gap Program was to assist chronically Homeless People with Perment Stable Housing and "Wrap Around Services" As part of Those Wrap Around Services Mercy paid a Client's Rent, Light Bill, Gas Bill and Water/Sewage Bills, In Return for a Program Fee of Thirty (30) Percent of the Client's Net Monetary Income.

# FACTS CONTINUED

③ - BRIDGING THE GAP
WAS NOT ALWAYS RAN SO SMOOTHLY
[AS TO BE TOUCHED ON LATER HERE]
RAN, HOWEVER WITH THE
INTERVENTION OF THEN CITY OF
PITTSBURGH MAYOR, "WILLIAM 'BILL'
PEDUTO" AND THE CASE MANAGEMENT
ADMINISTRATION BY MERCY CASE
MANAGER PAM SURANO AND
LATER ROBERT "BOB" JUMBA,
THE PROGRAM RAN TO IT'S CORE
FUNCTION.

④ FROM APPROXIMENTLY
JUNE 2018 UNTIL JUNE 30TH
2021, MERCY PAID PLAINTIFF'S
RENT TO GESTRICH PROPERTIES
[850 DOLLARS PER MONTH] ELECTRIC
BILL, GAS BILL AND WATER &
SEWAGE BILLS, PLAINTIFF AND HER
HUSBAND PAID MERCY A MONTHLY
PROGRAM FEE OF 370 DOLLARS
PER MONTH.

-2-

## FACTS CONTINUED

5) - IN May of 2021, MR. JUMBA INFORMED PLAINTIFF AND HER HUSBAND THAT "THEY" [AN OUTSIDE AGENCY OR AGENCIES NEVER MENTIONED BY SPECIFIC NAME] WERE SHUTTING DOWN THE MERCY PROGRAM EFFECTIVE JULY 1st, 2021, THAT ALLEGHENY COUNTY DEPARTMENT OF HUMAN SERVICES WAS CONTRACTING ANOTHER PROVIDER TO TAKE OVER OUR CASES.

6) - By MID-JUNE, 2021, MR. JUMBA GAVE PLAINTIFF AND HER HUSBAND A COPY OF A LETTER DATED JUNE 15th 2021, ON MERCY STATIONARY AND ADDRESSED TO MR ROOSEVELT CHAPMAN, FROM MR. MICHAEL TURK, MS, MBA, VICE PRESIDENT OF COMMUNITY WELLNESS

-3-

FACTS Continued

Services, Pittsburgh Mercy

(7) - Mr. Jumba told us
that since we are trans-
ferred, that our level of
services should not
change, that the same
way our services are
with Mercy, they should
be with U.P.M.C., to not
to let them do other-
wise.

(8) - Mr. Jumba told us
that the same way Mercy
pays our rent and utility
bills and we pay our
program fee to Mercy,
is the same way it is
supposed to be with U.P.M.C.,
they pay our rent and
utility bills and we pay the
program fee to U.P.M.C., that
nothing should change

-4-

## FACTS Continued

THAT NEXT MONTH
U.P.M.C. WILL BE OUT TO SEE
US TO TAKE OVER FOR MERCY,
NOT TO PAY MERCY FOR JULY
2021, BUT TO PAY U.P.M.C., AS
THEY ARE GOING TO BE TAKING
OVER OUR CASE MANAGEMENT AND
FOR TO NOT ALLOW FOR THEM TO
NOT PROVIDE THE SAME LEVEL OF
SERVICES, FOR U.P.M.C. HAS
FUNDING TO PROVIDE THE SAME
LEVEL OF SERVICE, MERCY HAS,
NOT TO ALLOW U.P.M.C. TO DO
OTHERWISE, THAT THIS IS WHY THE
COUNTY SELECTED U.P.M.C. AND
SIGNED A SERVICE CONTRACT WITH
THEM TO TAKE OVER YOUR HOUSING
CASE MANAGEMENT BECAUSE
U.P.M.C. HAS THE FUNDING AND
MORE TO PROVIDE HOUSING
CASE MANAGEMENT SERVICES ON
THE SAME LEVEL AS MERCY HAS BEEN

## Facts Continued

⑨- On July 1ˢᵗ, 2021,
Plaintiff Bell 's Housing case
management was Transfered
From Mercy To U.P.M.Co,
Along with 86 OTHER cases,
The Process of The Change
over, however nor the
administration of housing
case management would not
occur as Mr. Jumba Told us
It Should occur

WE DID NOT SEE
Any STAFF From U.P.M.C.,
until Approximently
September 22ⁿᵈ, 2021, Almost
Three (3) MONTHS FROM
WHEN OUR case was Transfered,
ON Approximently September
22ⁿᵈ, 2021, Brock Talbert,
Linsey Mosley, Sara Hall AND
Scott, (would NOT give His last Name)

- 6 -

## FACTS CONTINUED

CAME TO EVACUATE
PLAINTIFF BELL AND HER HUSBAND
FOR THE U.P.M.C. NEIGBORHOOD
LIVING FAMILIES PROGRAM

PLAINTIFF BELL UPON
RECOGIZING SARA HALL AS THE
STAFF MEMBER, WHO AT MON
YOUGH COMMUNITY SERVICES, HAD
ASSUALTED PLAINTIFF BELL, ALONG
WITH CONSUMER RON HOLLOWAY,
PLAINTIFF BELL REFUSED TO
ADMIT MS. HALL INTO HER HOME.

MS. HALL TOLD
SCOTT NOT TO MAKE ROBERT BELL
A PART OF THIER CONTACT AND
TOLD PLAINTIFF BELL THAT BELL
BETTER "BUCKEL UP" BECAUSE
HALL WAS GOING TO MAKE
BELL'S LIFE A LIVING HELL, THAT
HALL IS IN TOUCH WITH BELL'S

FACTS CONTINUED

SISTER KIM AND Amanda BENNETTE, THAT HALL KNEW ALL ABOUT BELL AND BELL'S HUSBAND, HALL TOLD PLAINTIFF BELL, THAT HALL IS GOING TO PAY BELL AT BACK IN SPADES FOR GETTING HALL FIRED AT MON YOUGH COMMUNITY SERVICES AND BELL'S SWITCHING OUT KIM AND AMANDA.

MS. HALL THEN DROVE AWAY AND DID NOT ACCOMPANY THE THREE (3) OTHER U.P.M.C. STAFFER'S IN THE BELL HOME, (PLEASE NOTE) [ IN approximently 2008-2009, PLAINTIFF BELL WAS a CONSUMER AT MON YOUGH COMMUNITY SERVICES, BELL ATTENDED THE ACTIVITIES PROGRAM RUN BY MON-YOUGH COMMUNITY SERVICES, HOUSED

-8-

## FACTS CONTINUED

In a Building on the 300 Block of 5th Avenue In the City of ▓▓▓▓ McKeesport Pennsylvania. Ms Hall was Employed as the Programs Activities Director. Ms. Hall at the Time was a Personal Friend of Amanda Bennett and In a Relationship With Ms. Bennett's apartment mate, Ms. Kim Holloway. Ms. Holloway had been Plaintiff Bell's Husbands Girlfriend, Prior to Plaintiff Bell and Her ▓▓▓▓ Husband Becoming a Couple, Ms. Bennett had Terminated Ms. Holloway's and Mr. Bell's Relationship, By Revealing That Ms. Holloway Was SLEEPING With FIVE (5) Other Men, Sara Hall and a Unnamed Woman. While at The Center, Kim Holloway

-9-

## FACTS CONTINUED

ATTACKED PLAINTIFF BELL,
BY PUNCHING BELL IN THE
BACK OF BELL'S HEAD, AT THIS
POINT MS. HALL RUSHED BELL
AND PUNCHED BELL IN THE
BACK OF THE HEAD, A FIST
FIGHT ENSUED BETWEEN
BELL AND HALL, WHEN BELL
STARTED BESTING HALL, Holloway
JUMPED ON BELL'S BACK IN AN
ATTEMPT DEFEND HALL, THE
FIGHT WAS BROKEN UP.

THIS INCIDENT
OCCURRED FROM BEGINNING
TO END IN FRONT OF THE
PROGRAM DIRECTOR, Holloway
AND HALL ATTEMPTED TO CLAIM
BELL HAD STARTED THE FIGHT,
ALONG WITH THIER SUPPORTERS,
AS A RESULT OF THE INCIDENT
BELL WAS SUSPENDED, A WEEK
FROM THE PROGRAM, Holloway
AND HALL WERE GIVEN A

-10-

## FACTS CONTINUED

TWO WEEK SUSPENSION, WHEN HALL PUSHED BELL, AS HALL WAS PUNCHING BELL IN THE BACK OF BELL'S HEAD, HALL STATED TO BELL: "GET THE FUCK OUT OF HERE YOU FUCKIN' WHORE, WE DON'T WANT YOU HERE, DON'T EVER COME BACK HERE!"

AS A RESULT OF HALL'S SUSPENSION, HALL'S CO-WORKERS PICKED UP HALL'S DUTIES, IT WAS DISCOVERED THAT FUNDS WERE MISSING FROM THE ACTIVITIES FUNDS HALL HAD STEWARDSHIP OVER

THE MATTER WAS SENT TO THE ADMINISTRATION FOR INQUIRY AND INVESTIGATION, HALL WAS DISCHARGED FROM HER EMPLOYMENT AS A

## FACTS CONTINUED

OF THE INVESTIGATION,
HALL THEN GAINED EMPLOY-
MENT IN A PERSONAL CARE
HOME IN GLASSPORT PENNSYL-
VANIA, HALL HATES PLAINTIFF
BELL ENDLESSLY FOR HALL'S
LOSING HALL'S MAN-YOUGH
JOB, PLUS. SCOTT NOTED
THAT DEFENDANT HALL WAS
NOT WITH THEM, ETC.

(10)- PLAINTIFF BELL
BECAME A PART OF THE
FLEX 51 PROGRAM, ALSO
FUNDED BY THE DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT

(11) - IN NOVEMBER 2021,
DEFENDANT GESTRICH CALLED
PLAINTIFF'S HUSBAND,
ROBERT, WHILE ROBERT WAS
ON DUTY AS A ELECTIONS

-12-

# FACTS CONTINUED

401 ELLIOTT on LORENZE AVENUE, DEFENDANT GESTRICH TOLD PLAINTIFF'S HUSBAND THAT DEFENDANT GESTRICH WAS FILING FOR EVICTION, THAT IT WAS NOT PERSONAL, THAT GESTRICH WANTED HIS RENT MONEY FROM THE PROGRAM, THAT THEY SIGNED A CONTRACT TO PAY RENT IN SIX (6) MONTHS AND THAT THEY HAVE THE MONEY TO PAY RENT AND ARE NOT DOING SO.

(12) PLAINTIFF HUSBAND APPLIES TO ACTION HOUSING FOR RENT AND UTILITY RELIEF IN NOVEMBER, 2021 AND OBTAINED ASSISTANCE, U.P.M.C. PAID DEFENDANT GESTRICH 500 DOLLARS TOWARD WATER AND SEWAGE BILLS.

-13-

## FACTS CONTINUED

(13) - AT THE REQUEST OF DEFENDANT JOHN DOE NUMBER #5, BRIAN REQUESTED THAT PLAINTIFF BELL'S HUSBAND ROBERT REAPPLY TO ACTION HOUSING FOR MORE ASSISTANCE, ROBERT DID SO

(14) - IN APRIL 2022 ACTION HOUSING AFFORD-ED ADDITIONAL ASSISTANCE TO PLAINTIFF BELL AND HER HUSBAND TO DEFENDANT GESTRICH, FOR A TOTAL OF APPROXIMATLY 4,200 DOLLARS BETWEEN BOTH GRANTS FROM ACTION HOUSING IN NOVEMBER 2021 AND APRIL 2022 (APRIL 2nd 2022).

(15) - ON APPROXIMENTLY APRIL 5TH 2022, U.P.M.C. FINTALLY PAID DEFENDANT GESTRICH RENT FROM

-14-

## FACTS CONTINUED

JULY 2021 TO APRIL
2022.

16 - IN APRIL 2022,
U.P.M.C., PLAINTIFF BELL AND
HER HUSBAND ROBERT, SIGNED
A YEARS LEASE WITH DEFENDANT
GESTRICH, THAT LEASE EXPIRED
APRIL 30TH 2023.

17 - BECAUSE SHE DID
NOT HAVE A LEGIBLE
SIGNATURE ON THE LEASE,
DEFENDANT HALL WITH HELD
RENT PAYMENTS TO DEFEND-
ANT GESTRICH.

18 - COPY OF THE
LEASE FOR DEFENDANT GESTRICH
TO SIGN FOR A CLEAR
SIGNATURE, LANGUISHED
IN DEFENDANT'S GESTRICH'S
OFFICE FOR SOME MONTHS

-15-



## CAUSES OF ACTIONS

1)/ Plaintiff's action stated a cause of action, when Defendant's Gestrich; Hall; John Doe number one, (Leland); John Doe number two (Steve); John Doe number five (Brian) came to the home Plaintiff rents from Defendant Gestrich on Friday 6TH January 2023, at 2956 Meauvan avenue Pittsburgh Pennsylvania and destroying portions of the home and Plaintiff's personal property, while acting in concert with Defendants Miller, Wilson and Prator — Holiday to punish Plaintiff by rendering parts of Plaintiff's rental home unusable to Plaintiff, so that Plaintiff cannot:

# CAUSES OF ACTION(S)

① - WASH HER CLOTHES AND LINENS WITH THE WASHER PLAINTIFF RENTS FROM AARONS, INC.,;

② - CAN NOT BAKE FOOD IN THE GAS OVEN;

③ - CAN NOT USE THE FIRST FLOOR BATHROOM;

④ - CAN NOT TAKE A PROPER SHOWER;

⑤ - EXPOSED TO RAW SEWAGE BACKS UPS AND SEWAGE GASES;

⑥ - EXPOSED TO CREATED TRIP AND FALL HAZZARD ON THE FIRST FLOOR OF THE RENTAL HOME, ETC.

- CA-2 -

# CAUSES OF ACTION(S)

I.- PUNISHMENT AND RETALITATION BY SAID DEFENDANTS FOR THE PLAINTIFF'S AND HER HUSBANDS EXERCISING FIRST AMENDMENT CONSTITUTIONALLY PROTECTED CONDUCT BY EXPRESSING THIER CONCERNS TO:

(A)- DR. MARTHA FUDGE, SECRETARY, THE DEPARTMENT OF HABRC HOUSING AND URBAN DEVELOPMENT;

(B)- MS. JULIA R. GORDON ASSISTANT SECRETARY FOR HOUSING, THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;

(C)- JOSHUA DAVID SHAPIRO, ATTORNEY GENERAL FOR THE COMMONWEALTH OF PENNSYLVANIA;

— CA-3 —

## CAUSES OF ACTION(S)

(D)/ - MS, BETHANY HALLAM, ALLEGHENY COUNTY, COUNTY COUNCIL PERSON;

(E)/ - EDWARD C. GAINEY, MAYOR, CITY OF PITTSBURGH PENNSYLVANIA;

(F)/ - MS. JESSICA FARRELL, DIRECTOR, MAYOR'S OFFICE OF COMMUNITY AFFAIRS, CITY OF PITTSBURGH PENNSYLVANIA;

(G)/ - MELVIN HUBBARD EL, ADVISOR TO THE MAYOR, ON COMMUNITY AFFAIRS, CITY OF PITTSBURGH PENNSYLVANIA;

(H)/ - MS. THERESA KAIL-SMITH, CITY COUNCIL PRESIDENT, PITTSBURGH CITY COUNCIL AND CITY COUNCIL REPRESENTATIVE FOR CITY COUNCIL DISTRICT TWO;

— CA-4 —

CAUSES OF ACTION(S)

(I) / - Ms. RUTH DIRECTOR'S
ACTION LINE, ALLEGHENY
COUNTY DEPARTMENT OF
HUMAN SERVICES;

(J) / - MR. NICHOLAS DIMMINO,
SERVICE CO-ORDINATOR, UPMC,
NEIGHBORHOOD LIVING FAMILIES
PROGRAM;

(K) / - BUREAU OF POLICE,
CITY OF PITTSBURGH PENNSYLVANIA;

(L) / - ~~the one~~ THE
PENNSYLVANIA PUBLIC UTILIES
COMMISSION;

THE DEFENDANTS ACTION(S)
AND CONDUCT Yo! PUNISHING
AND RETALIATING UPON
PLAINTIFF ARE VIOLATIVE OF
ESTABLISHED LAW.

- CA-5 -

## Causes of Action(s)

@/ Plaintiff's Action States a Cause of Action, Based on Defendants Gertrich's; Miller; Jane Doe Number One; Jane Doe Number Two; John Doe Number Five (Brian); Defendant Wilson; Defendant Pastor-Holiday's Actions To Punish and Retaliate Against The Plaintiff, Her Husband, Mr. Larry Hasan and Others For Filing P.U.C. Complaint Number # 3855007 By Tried Attempts To Have Plaintiff Bell Shot, Assualted, Robbed, Threatened With Death, Threatened With Assualt, Harrassed, Discriminated Against, Having Vechiles Tampered With Yn Order To Cause Death and/or Serious Bodily Injury, Employing

— CA-6 —

## CAUSES OF ACTION(S)

THE USE OF STINGRAY
DEVICES TO ILLEGALLY MONITORING
CELL PHONE AND ELECTRONIC
TRANSMISSIONS FOR ILLICT
PURPOSES, STATES A CLAIM
FOR RELIEF.

③/ PLAINTIFF'S ACTION STATES
A CLAIM FOR RELIEF, WHEN
DEFENDANT GESTRICH USING
THE STATE EVICTION PROCESS
AS A WEAPON OF RETALIATION
FOR PLAINTIFF'S EXCERISE
OF FIRST AMENDMENT RIGHTS THAT
ARE CONSTITUTIONALLY PROTECTED
STATES A CLAIM OF RELIEF.

④/ DEFENDANT GESTRICH'S
ACTIONS OF VERBALLY PERMITTING
PLAINTIFF TO HAVE DOGS AT THE
OUTSET OF HER TENANCY IN
OCTOBER 2015 AND AGAIN IN
OCTOBER 2019 AND MARCH
2022, AND THEN FALSELY
CLAIMING PLAINTIFF VIOLATED

— CA-7 —

The Lease agreement
by having pets, in order
retaliate upon plaintiff
for the Plaintiff's exercise
of First Amendment Rights
that are constitutionally
protected, states a cause of
action

(5)/ Defendants Gerstrich
and O'Brien's actions to
forestall a Allegheny County
Health Department Investigation
into Dangerous Health
Conditions at 2926 while
acting under the color of
State Law, states a
claim for relief and a
cause of action

(6)/ Defendant Gerstrich's
failure to address the
mold and sewage issues
at 2926 Merwyn Avenue
in retaliation for the

—CA-8—

## CAUSES OF ACTION(S)

PLAINTIFF'S EXCERSISE OF FIRST AMENDMENT CONSTITUTIONALLY PROTECTED RIGHTS IS PROHIBITED AND STATES A CAUSE OF ACTION

(7) / THE DEFENDANTS ACTIONS ON FRIDAY 6TH JANUARY 2023 AND GESTRICH'S REFUSAL TO REPAIR SAID DAMAGES AND BLAME PLAINTIFF FASLELY AS THE REASON THE REPAIRS ARE NOT DONE, IN RETALIATION FOR THE PLAINTIFF'S EXCERSISE OF CONSTITUTIONALLY PROTECTED FIRST AMENDMENT RIGHTS, STATES A CAUSE OF ACTION.

## REQUESTED RELIEF

PLAINTIFF RESPECTFULLY
REQUESTS THE FOLLOWING
RELIEF:

(1) A TRIAL BY JURY;

(2) A TEMPORARY
RESTRAINING ORDER
ENJOINING THE HONORABLE
JACOB ROBISTER FROM HOLDING
ANY HEARINGS ON THE LAND
LORD TENANT DISPUTE
BETWEEN REVEREND MICHAEL
GESTRICH AND ROBERT BELL AND
MYSELF, CHERYL BELL, UNTIL
THIS COURT CAN HEAR FACTS,
EVIDENCE AND WITNESSES
TO MAKE A DETERMINE THAT
REV. GESTRICH IS USING
THE EVICTION COURT PROCESS
IN STATE COURT AS A MEANS
TO RETALIATE AND PUNISH
PLAINTIFF BELL FOR TALKING
TO THE MAYOR'S OFFICE AND

R-1

## Relief Continued

OTHERS TO GET HELP FOR MY HOUSING SITUATION WHICH IS A CONSTITUTIONALLY PROTECTED RIGHT BY THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION. REGARDING A FEDERALLY FUNDED HOUSING PROGRAM.

(3) TO ENJOIN ALL OF THE DEFENDANT'S FROM ATTACKING, STOCKING, HARRASSING, THREATENING PLAINTIFF BELL, FOLLOWING BELL NOR SENDING OTHERS TO DO SO.

(4) TO ENJOIN THE DEFENDANT'S AND THIER AGENTS FROM ANY MORE RETALIATION OF PLAINTIFF BELL FOR CONSTITUTIONALLY PROTECTED ACTIVITIES.

R-2

# Relief Continued

(5) Declaray Relief Stating That The Conduct And Acts Of The Defendants Violate The United States Constitution;

(6) Compensetory Damages In The Amount Of $250,000,000 million Dollars;

(7) Punitive Damages In The Amount Of 250,000,000 Dollars;

(8) Treble Damages on Any Award of Damages;

(9) Attorney's Fee's on The Successful Out Come By The Plaintiff

(10) For an Injunctive Relief Hearing;

R-3

# Relief Continued

(11) That Plaintiff Bell be medicial tested for mold and other harmful effects of the contiburations of her home?

(12) Any other Relief deemed just and necessary by the court

R-4

## PRAYER

I PRAY THAT THE OUT COME OF THIS CIVIL ACTION STOPS PEOPLE FROM GETTING HURT ANY MORE THAN WHAT THEY HAVE

I PRAY THAT IT WILL STOP ME FROM BEING FOLLOWED AND ATTACKED BY NATE MILLER AND THESE PEOPLES THUGS, FROM MIKE SARA HALL AND OTHERS FROM CONTINUING TO RETALIATE ON ME AND ROB AND I PRAY THAT IT STOPS ME, ROB AND OTHER PEOPLE FROM BEING MURDERED!

RESPECTFULLY SUBMITTED,

/s/ CHERYL A BELL

MRS. CHERYL ANN MILLER-BELL
2926 MERWYN AVENUE
PITTSBURGH PENNA 15204-1920
(412) 608-9055