# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL ANN MILLER-BELL, | ) |
| Plaintiff, | ) No. 2:23-cv-924-RJC |
| v. | ) |
| SARA HALL, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: December 10, 2024

cc:   All counsel of record